**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**David SHUMILO, a.k.a. Russian Boy, Defendant–Appellant.**

**No. 13–50444.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 30, 2014.*

Filed Dec. 22, 2014.

Jean–Claude Andre, Assistant U.S., Christopher Brunwin, Assistant U.S., Jeff

---

* This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

P. Mitchell, Esquire, Assistant U.S., Christopher Khoo Pelham, Assistant U.S., Nicholas A. Trutanich, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Karyn H. Bucur, Esquire, Karyn H. Bucur Attorney at Law, Laguna Hills, CA, for Defendant–Appellant.

David Shumilo, pro se.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

### MEMORANDUM **

David Shumilo appeals from the district court's judgment and challenges his guilty-plea conviction and 131–month sentence for a racketeer influenced and corrupt organizations conspiracy, in violation of 18 U.S.C. § 1962(d), and possession of a firearm in furtherance of a crime of violence or drug trafficking crime, in violation of 18 U.S.C. § 924(c). Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Shumilo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Shumilo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Shumilo has waived his right to appeal his conviction and 131–month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiv-

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is

er, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986–88 (9th Cir.2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.